JANE A. LASHER AND OTHERS, APPELLANTS, *v.* THE NORTHWESTERN NATIONAL INSURANCE COMPANY, RESPONDENT.
Judgment affirmed, with costs.
Opinion by BOCKES, J.

---

CHARLES G. W. STODDARD, RESPONDENT, *v.* GEORGIANNA BANNISTER, APPELLANT.
Judgment affirmed, with costs.
Opinion by BOCKES, J.

---

EDWARD S. BINK, RESPONDENT, *v.* JAMES ROBERTSON, APPELLANT.
Judgments of justice's court and County Court reversed, with costs.
Opinion by LANDON, J.

---

JOHN G. FARNSWORTH, AS RECEIVER, &c., RESPONDENT, *v.* S. FOSTER DEWEY, APPELLANT, IMPLEADED WITH OTHERS.
Motion for reargument granted, unless plaintiff stipulates to allow defendant to answer in case judgment on demurrer shall be affirmed in Court of Appeals; and, if such stipulation be given in fifteen days, then motion denied; no costs to either party.
LEARNED, P. J., taking no part.

---

ALFRED B. WOODWORTH AND OTHERS, RESPONDENTS, *v.* EDWARD C. SEYMOUR, APPELLANT.
SAME *v.* WILLIAM B. DOUGLASS AND OTHERS, APPELLANTS.
Motion for reargument denied, with $10 costs, in one case.

---

JOHN W. CASTREE AND OTHERS, *v.* WILLIAM H. WHISPELL, EXECUTOR, &c.
Judgment affirmed, with costs.